JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DIVVANY PEREZ PERERA,

       Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY,

       Respondent.

No. 5:25-CV-2618 JFW

(DSR) **JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED. The Order constitutes final disposition of the Petition by the Court.

DATED: June 2, 2026

_____
HON. JOHN F. WALTER
UNITED STATES JUSTRICT JUDGE